| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | PHILLIP A. TALBERT<br>United States Attorney<br>ALSTYN BENNETT<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile:  (916) 554-2900 |

**FILED**

Jan 02, 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>THE INSTAGRAM ACCOUNT WITH USER ID "YNGSTR_JOE"<br><br>109 DEL SUR STREET, VALLEJO, CA 94591 | CASE NO:<br><br>2:22-SW-0696-KJN<br>2:23-SW-0029-JDP<br><br>ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated: January 2, 2024

_____
The HONORABLE CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS